En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| CONFERENCIA JUDICIAL<br><br>.V | TSPR-98-16 |

Número del Caso: EC-98-2

Abogados Parte Demandante:

Abogados Parte Demandada:

Abogados Parte Interventora:

Tribunal de Instancia:

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 2/27/1998

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Conferencia Judicial

Señalamiento para la Vigésima Primera Sesión Ordinaria de la Conferencia Judicial de Puerto Rico el día, 28 de abril de 1998


CONVOCATORIA


San Juan, Puerto Rico, a 27 de febrero de 1998


Por la presente se convoca a los jueces y las juezas del Tribunal General de Justicia y a las personas que son miembros de la Conferencia Judicial, a la Vigésima Primera Sesión Ordinaria de la Conferencia Judicial, a celebrarse el martes, 28 de abril de 1998, desde las 8:30 a.m. hasta las 5:00 p.m. en el Hotel Caribe Hilton, en San Juan, Puerto Rico.

Durante la Vigésima Primera Sesión Ordinaria de la Conferencia Judicial, se discutirá el Proyecto de Reglas para la Administración del Tribunal de Primera Instancia preparado por el Comité de Revisión de Reglas para la Administración del Tribunal de Primera Instancia.

Los Jueces Administradores y las Juezas Administradoras, en consulta con sus compañeros y compañeras magistrados, tomarán las medidas necesarias para que el mayor número de éstos o éstas pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante estos días. Además, se tomarán medidas de rigor para que las labores de investigación y de determinación de causa probable sean atendidas adecuadamente. El sistema de turnos correspondientes a este período será notificado con suficiente antelación a los y las Fiscales de Distrito y a las Comandancias de Zona de la Policía.

Se coordinará con la Directora Administrativa de los Tribunales, la implantación de las medidas que sean necesarias, a los fines de cumplir con lo dispuesto en el párrafo precedente.

Regístrese y publíquese.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo